

# PIERCE BAINBRIDGE

August 4, 2023

The Honorable Judge
United States District Court
50 Walnut Street
Newark, NJ 07102

    DOCKET: tbd

Dear Your Honor,

Good morning Your Honor my name is Daniel M. Risis and this is a story that you will have a hard time believing until the discovery interrogatories and depositions have been completed. Sometimes when you get a case that is complex, the trick to making the court understand the truth is to simplify the facts. I will now simplify this entire lawsuit in one paragraph.

Four years ago at the time of the first incident that is mentioned in this lawsuit. I, Daniel M. Risis, was worth approximately $30 million dollars. Two multi billion dollar business concepts, as well as four properties under contract that would've made me worth $35 million. Yet five months ago I filed for personal bankruptcy in order to get assistance from the United States Government to investigate and adjudicate the matters in this very complaint. Sadly that was all used against me to rob me of all of my assets, which now makes me currently broke. Yes, broke. This lawsuit will explain all aspects of how a young man who built a multi million dollar empire can go from being worth $30 million to being absolutely broke in less than four years without doing anything illegal nor have I made any business or legal mistakes.

The actors involved in this case all were motivated by one simple factor, and that factor was to destroy me, Daniel M. Risis, financially and personally. They have accomplished their goals and I am completely out of money, resources, and my mental health has been strained to a point where I cannot wake up or go to sleep without the pain and stress that these human beings have caused me in my brain at all times.

There's a famous saying, "people lie... numbers don't lie".

15. This number represents the entire group of individuals that have systematically worked together to cause at least $100 million in financial damages towards me personally. That's all you need to see are numbers because their words are manipulated, and the lawyers that are involved in the cases that destroyed me are the very same lawyers that will be defending their actions in court. These lawyers are excellent at what they do. Their job is to lie. Their job is to cover up the facts and get paid a lot of money to make sure that the court system does not see the truth. A majority of the defendants mentioned here are multimillionaires. If not billionaires. Their entire legal defense budget will be put towards making sure that the courts discredit my testimony, my facts and the validity of my complaint. You will quickly see that none of the defendants that I am accusing of what they have done will provide a viable and legal defense for their actions.

I am a human being and many people have completely forgotten this fact.

I am a father, a devoted husband, and a loyal friend, yet none of that is ever considered a factor when crimes are committed against me. Worst of all, law enforcement refuses to cooperate regardless of my long-standing relationship with the US government.

At this time I have had six buildings stolen from me by illegal actions of attorneys, while using the coronavirus as an excuse. The coronavirus was very much a real thing that affected our country, both financially, and mentally to a point where we will never be able to get over it.

At the same time, as our country was in pain and fear, there were many attorneys and banking institutions, the new full well that by taking advantage of the courts

2

closure, they would be able to enrich themselves vastly, nor will there be any repercussions for their actions, since there is no precedent.

Case law dominates legal arguments. We are dealing with a case that has no case law. There's no precedents, and there are no historical cases that come close to mirroring even a fraction of what you will see before you. I will reference the facts, the law, and my discovery, which will point as evidence to the fact that everything that I'm saying is 100% true.

This is why I've labeled this lawsuit "The Covid Excuse".

The majority of my legal argument in this case will come in the form of discovery, depositions, video evidence and testimony from expert witnesses, who know about real estate, and various other businesses of mine, that have been significantly affected, if not destroyed by the actions of the actors involved in this case.

Some of the actors in this case have never met, but others are very close friends, and work very closely together. This is not a traditional conspiracy yet this case will show that the majority of the actors involved follow me on YouTube and use my social media presence against me.

Due to the fact that these criminals committed crimes against me, they were documented. Their biggest fear is that the facts of what they have done come out in public in court.

With your help, Your Honor, this case will highlight massive amounts of paradoxes and faults within the banking and legal community. Currently attorneys and banks constantly take advantage of entrepreneurs and hard-working businessmen that have spent decades building their life only to watch it all destroyed by the banks and lawyers themselves.

I will not lie to you Your Honor there is a massive backstory of who I actually am and my abilities to dominate a landscape that involves facts, honesty, and strategy as long as everyone is honest.

3

I will only ask you for one, and only thing in this entire case, and that is to keep everybody honest. In the last four years and the countless litigations I've been a part of I have never seen one Judge keep everybody honest throughout the course of the trial. The reason why this is so important is because going against me are billions of dollars in legal resources who can easily bury the truth by distracting the courts through frivolous motion practice and absolutely unrealistic vexatious litigation, which will spur retaliation against me.

Yes, that is true rather than actually answering the complaint, directly with facts and evidence. The majority of the people that have the resources will file additional complaints against me in retaliation in hopes for me to drop this lawsuit.

Your Honor, when banks and lawyers refuse to answer questions directly, that should be a red flag since my transactions with all these individuals is accountable documented, and was all done in a legal forum, without any hesitation from any of the actors to stop and think about their actions, as well as the end result of their actions should any court actually hear the facts.

In conclusion, I humbly request the ample time required to submit the 5000+ pieces of discovery, evidence, and countless other subpoenas that I will need to find to get the records that I am rightfully due. These banks did not just defraud me. They've also ignored me to prevent me from bringing any proper litigation forward. It wasn't until I had six properties of mine completely stolen that I had the proper evidence that was required to show a Federal Judge exactly what the world has been made into post Covid and post the legal shutdown. Which empowered attorneys far past their original scope, and convinced them they are indestructible, and the "common man" is nothing but a client who is treated by how many billable hours they can charge them without getting caught being full of lies.

The entire litigation strategy against me will be based on one thing, my personality. That's it.

Not one of the defendants have any viable "defense", and each one of them will fall upon discrediting my character and finding fault in me as a human being, rather than addressing the accusations directly. Everything is backed by numbers, emails,

and video evidence that most of the people involved will quickly realize what's going on once they see.

Your Honor I thank you immensely for your time, and before the start of the trial I want to say thank you to your clerks ahead of time for their hard work and dedication to the court system. In the world that we live in today, it needs to be recognized immediately prior to the start of the case. Many people find themselves basing the opinion of the courts, the Judge, and everyone involved after the result of the case, while I want to tell you that just the fact that I have a chance to present some evidence in front of your court, gives me immense respect for you, and I will prove it by my behavior, and my conduct throughout the course of this case, starting from the filing.

Respectfully,

Daniel M. Risis

DATED: 8/4/23